UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60074-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        **O R D E R**

HAROLD ROSE,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation On Change Of Plea (DE 16) filed herein by United States Magistrate Judge Patrick M. Hunt. The Parties have filed their Joint Notice By Defendant Harold Rose And United States Of America Accepting Without Objection Magistrate's Report And Recommendation To Accept Entry Of Guilty Plea (DE 18), and thus, no objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 16), Magistrate Judge Hunt, after conducting a hearing, recommends that the Court accept Defendant Rose's plea of guilty to Count 1 of the Information (DE 1) and that he be adjudged guilty of this offense. Additionally the Court notes that Defendant Rose has signed a Waiver Of Indictment (DE 6). The Court adopts Magistrate Judge Hunt's findings, as stated in the instant Report And Recommendation (DE 16).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation On Change Of Plea (DE 16)

filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

2. Being satisfied that there is a factual basis for guilt, the Court accepts Defendant Rose's plea of guilty to Count 1 of the Information (DE 1) and adjudges him guilty at this time; and

3. Sentencing will be **SET** in the above-styled cause by separate order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of June, 2019.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record

2